

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BROWNING FAMILY MINERAL PARTNERSHIP, HOLLIS M. BROWNING AND BILL T. BROWNING, | § | No. 08-24-00006-CV |
| | § | Appeal from the |
| Appellants, | § | 143rd Judicial District Court |
| v. | § | of Reeves County, Texas |
| CALLAHAN DRAW, LLC, RUDD F. OWEN, ROSS G. OWEN, JEFFRE OWEN LITTLETON, AND DAYNA OWN WHITE, | § | (TC#23-04-024722-CVR) |
| | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the joint motion of Appellants Browning Family Mineral Partnership, Hollis M. Browning, and Bill T. Browning, to voluntarily dismiss the appeal. We conclude the motion should be granted, and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellants to pay all costs of the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF FEBRUARY 2024

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.